McGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
JAN 10 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

AGUSTIN NARANJO-CHAVEZ

Defendant.

CASE NO: 1:19-MJ-00009-BAM

ORDER TO UNSEAL CRIMINAL COMPLAINT

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the criminal complaint, affidavit, and other case documents in the above-captioned matters be, and are, unsealed.

Dated: 1/10/19

The Honorable Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

ORDER TO UNSEAL CRIMINAL COMPLAINT